1  RICHARD T. EGGER, Bar No. 162581
   richard.egger@bbklaw.com
2  LAUREN M. STRICKROTH, Bar No. 252700
   lauren.strickroth@bbklaw.com
3  Best Best & Krieger LLP
   2855 E. Guasti Road, Suite 400
4  Ontario, CA  91761
   Telephone:  (909) 989-8584
5  Facsimile:  (909) 944-1441

6  Attorneys for Plaintiff and Counter-Claim
   Defendant
7
   CAL WEST ENVIRONMENTAL SERVICES,
8  INC.

9             UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11 CAL WEST ENVIRONMENTAL              Case No.  2:15-cv-09667 RGK (AFMx)
   SERVICES, INC. a California          Hon. R. Gary Klausner
12 corporation,
                                        **STIPULATION AND REQUEST**
13                                      **FOR ORDER DISMISSING**
                                        **ENTIRE ACTION AND FOR**
14            Plaintiff,                **COURT TO MAINTAIN**
                                        **JURISDICTION TO ENTER**
15      v.                             **STIPULATED JUDGMENT PER**
                                        **SETTLEMENT AGREEMENT**
16 ESTRATEGY, INC., a Delaware
   corporation, dba One Salute, Inc.;   **F.R.C.P. 41**
17 BRIAN SEXTON, an individual;
18 LAURA LAKE, an individual; and
   DOES 1 through 10, inclusive,
19
20            Defendants.

21 ESTRATEGY, INC., a Delaware
   corporation, dba One Salute, Inc.,
22
23            Counterclaimant,

24      v.

25 CAL WEST ENVIRONMENTAL
   SERVICES, INC. a California
26 corporation,
27
28            Counterclaim -Defendant.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2855 E. GUASTI ROAD, SUITE 400
ONTARIO, CA 91761

1    TO THE HONORABLE R. GARY KLAUSNER, UNITED STATES

2    DISTRICT COURT:

3    Plaintiff and Counter-claim Defendant CAL WEST ENVIRONMENTAL

4    SERVICES, INC. a California corporation and Defendant and Counterclaimant

5    ESTRATEGY, INC., a Delaware corporation, dba One Salute, Inc., and Defendants

6    Brian Sexton and Laura Lake hereby request that the Court dismiss this action in its

7    entirety with prejudice.

8    All of the Parties have entered into a settlement agreement on January 20,

9    2017.  The Agreement requires installment payments to be completed by April 23,

10   2017.  If timely payments are not made, the agreement allows for entry of a

11   stipulated judgment of $20,000, less payments made before default.  The agreement

12   provides for other , non-payment related performance obligations.  Except for

13   potential entry of the stipulated judgment, any disputes arising out of, or related to

14   the settlement agreement will be resolved through arbitration.  The Parties,

15   therefore, jointly request that the Court dismiss the action with prejudice while

16   retaining jurisdiction for the sole purpose of entering a stipulated judgment

17   pursuant to the settlement agreement if necessary.

18

19   Dated:  January 25, 2017                 BEST BEST & KRIEGER LLP

20

21                                            By:  */s/ Richard T. Egger*
                                             RICHARD T. EGGER
22                                            LAUREN M. STRICKROTH
                                             Attorneys for Plaintiff  and
23                                            Counterclaim-Defendant
                                             CAL WEST ENVIRONMENTAL
24                                            SERVICES, INC.

25

26

27

28

Case No.  2:15-cv-09667 RGK (AFMx)
STIPULATION AND REQUEST FOR ORDER
DISMISSING  ENTIRE ACTION

Dated:  January 25, 2017

THE LAW OFFICES OF ALAN KANG

By: */s/ Alan Kang*
ALAN KANG
Attorney for Defendant/
Counterclaimant ESTRATEGY,
INC., and Defendants BRIAN
SEXTON AND LAURA LAKE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2855 E. GUASTI ROAD, SUITE 400
ONTARIO, CA 91761

2

Case No.  2:15-cv-09667 RGK (AFMx)
STIPULATION AND REQUEST FOR ORDER
DISMISSING  ENTIRE ACTION